UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AAKAA, INC. et al., <br><br> Defendants. | Case No. 2:25-cv-03068-SB-BFM <br><br> ORDER TO SHOW CAUSE AND CONTINUING STATUS CONFERENCE |

    The Court ordered the parties to file a joint status report by June 13, 2025, and ordered Plaintiff to request entry of default against Defendant CS Clothing L.A. by that same date. They did not do so, instead belatedly filing a joint report June 16, 2025, in which Plaintiff stated that it would seek entry of default soon.

    The parties previously failed to file a Rule 26(f) report as required and have now again failed to comply with a court order—despite a prior warning that such conduct "may result in the issuance of an order to show cause why they should not be sanctioned." Dkt. No. 20. Accordingly, the parties are ordered to show cause, at a hearing on July 11, 2025, why they and their counsel should not be sanctioned for violating court orders. Lead counsel for each party shall file a declaration by June 27, 2025, addressing the violations.

    The status conference set for June 20, 2025 is continued to July 11. By June 23, 2025, Plaintiff shall file: (1) a request for entry of default against CS Clothing; and (2) a notice of dismissal as to the settling defendants.

Date: June 17, 2025

                                                            Stanley Blumenfeld, Jr.
                                                United States District Judge